UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-21830-KMM

GABRIEL ANDRES CALDERON NUTT
as Parent and Natural Guardian of M.C.
a Minor,

      Plaintiff,
v.

ROYAL CARIBBEAN CRUISES LTD.,

      Defendant.
_____/

**JOINT MOTION TO APPOINT GUARDIAN AD LITEM FOR PURPOSES OF AIDING IN THE PROCESS OF APPROVING SETTLEMENT OF A MINOR'S CLAIMS**

The Plaintiff, GABRIEL ANDRES CALDERON NUTT, as Parent and Natural Guardian of M.C., a Minor, by and through undersigned counsel, hereby files this Motion to Appoint a Guardian ad Litem for purposes of aiding in the process of Approving a Settlement of a Minor jointly on behalf of ALL PARTIES, and state as follows:

1. All pending claims raised in this matter have been amicably settled among the parties.

2. The settlement involves claims on behalf of M.C., who is a minor.

3. Because the settlement involves the claims of a minor, it would be prudent to have a Guardian Ad Litem appointed to review the settlement and terms thereof.

4. The parties hereby request the Court appoint a Guardian Ad Litem in order to ensure the minor child's interest are protected. The Court appointed Guardian Ad Litem should review the settlement and reasonableness thereof and provide a written report and recommendation to this Court concerning the same.

5. The parties hereby respectfully request that the Court appoint a Guardian Ad Litem who is willing to participate, on a *pro bono* basis if possible.

**WHEREFORE**, the parties respectfully request this Court enter an Order appointing a

Guardian Ad Litem in this matter.

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

Undersigned counsel certifies that he has conferred with counsel for Defendant, who advised that the Defendant agrees with the relief sought herein.

                                  Respectfully submitted,

                                  LIPCON, MARGULIES,
                                  ALSINA & WINKLEMAN, P.A.
*Attorneys for Plaintiffs*
One Biscayne Tower, Suite 1776
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone No.: (305) 373-3016
Facsimile No.: (305) 373-6204

By: */s/ Jason R. Margulies*
     **JASON R. MARGULIES**
     Florida Bar No. 57916
     jmargulies@lipcon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 16, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

| /s/ Jason R. Margulies | /s/Bryan Probst |
|---|---|
| **Jason R. Margulies, Esq.** | **Bryan Probst, Esq.** |
| Florida Bar No. 57916 | Florida Bar No. 185485 |
| jmargulies@lipcon.com | rginsberg@rccl.com |
| **Andrew S. Freedman, Esq.** | ROYAL CARIBBEAN CRUISES LTD. |
| Florida Bar No. 091087 | Tel.: (305) 539-6327 |
| afreedman@lipcon.com | Fax: (305) 539-4457 |
| **Daniel W. Grammes, Esq.** | *Attorney for Defendant, ROYAL CARIBBEAN* |
| Florida Bar No. 1010507 | *CRUISES LTD.* |
| dgrammes@lipcon.com | |
| LIPCON, MARGULIES, | |
| ALSINA & WINKLEMAN, P.A. | |
| One Biscayne Tower, Suite 1776 | |
| 2 South Biscayne Boulevard | |
| Miami, Florida 33131 | |
| Telephone No.: (305) 373-3016 | |
| Facsimile No.:   (305) 373-6204 | |
| *Attorneys for the Plaintiff* | |