UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-21830 MOORE/Louis

CALDERON NUTT,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES, LTD.,

    Defendant.

_____/

**ORDER APPOINTING GUARDIAN AD LITEM**

**THIS CAUSE** is before the Court on the Joint Motion to Appoint Guardian Ad Litem for Purposes of Aiding in the Process of Approving Settlement of a Minor's Claims (ECF No. 26). The Parties seek appointment of a Guardian Ad Litem to review the settlement for reasonableness and provide a recommendation to the Court. Upon review of the Motion and the record as a whole, it is

**ORDERED** and **ADJUDGED** as follows:

The Motion to Appoint Guardian Ad Litem is **GRANTED**. The Court appoints Attorney Nadja A. Prias to serve as Guardian Ad Litem to represent and protect minor Plaintiff M.C.'s interests as described by the Florida Probate Rules. *See Perez v. 1st & 10 Sports Bar & Grill*, No. 13-80912-CV, 2016 WL 8539789, at *1 (S.D. Fla. Apr. 18, 2016). Ms. Prias has agreed to accept the appointment on a *pro bono* basis, for which she has this Court's gratitude. Counsel for Plaintiff shall furnish to Ms. Prias a copy of the settlement agreement, which has been filed under seal, and additionally provide to Ms. Prias information and documents germane to her review promptly upon request.

A hearing has been set on the Parties' Joint Sealed Motion to Approve Settlement of a Minor

(ECF No. 22) on January 6, 2021, at 2:00 PM. Telephonic appearance may be made by dialing 1 (866) 434-5269, enter access code number 9978869 followed by the pound (#) sign, enter security code number 5710 followed by the pound (#) sign.  In lieu of a written report and recommendation, the Guardian Ad Litem may report on her review of the settlement at that time.

**DONE** and **ORDERED** in Chambers in Miami, Florida, this 29th day of December, 2020.

HON. LAUREN LOUIS
UNITED STATES MAGISTRATE JUDGE

cc: Hon. K. Michael Moore
counsel of record
Nadja A. Prias (nadja@casaislaw.com)