UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-21830 MOORE/LOUIS

CALDERON NUTT,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES, LTD.,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

The Parties have settled this case (ECF No. 17) and filed a Joint Sealed Motion to Approve Settlement of a Minor's Claims (ECF No. 22). The Motion has been referred to the undersigned to take all necessary and proper action as required by law (ECF No. 23). A hearing on the Motion was conducted on January 6, 2021, at which the undersigned received the recommendation of court-appointed Guardian Ad Litem, Attorney Nadja A. Prias. Upon consideration of the sealed Motion, and consistent with the recommendation of the appointed Guardian, I recommend that the Joint Motion be GRANTED; that the settlement be approved; and that the funds be distributed into a settlement annuity for the minor's benefit until she obtains the age of 18.

This case arises from an incident on October 12, 2019, when the minor Plaintiff, M.C., suffered a laceration to her forehead while under the supervision of Defendant's child-care center onboard a cruise ship. M.C.'s injuries have since healed and she is not expected to need future medical care for these injuries. The parties have agreed to settle the claims for an agreed amount. The undersigned finds that the settlement is fair and will be in the best interest of the minor.

Guardian Prias has, in preparation to advance a recommendation to the Court, reviewed

documents including a summary of the minor's injuries and pleadings filed in the case, and she participated in a conference call with Plaintiff's counsel for the purpose of obtaining additional information. Ms. Prias expressed that she was able to obtain and review all information she felt was necessary to make her recommendation with respect to the settlement. Ms. Prias expressed her finding that the settlement reached was fair and reasonable considering the amount of fees and costs incurred in the litigation and the total amount that will be distributed to the minor Plaintiff. Ms. Prias reviewed a closing statement of counsel's fees and costs and found them to be reasonable.[1]

The undersigned has considered the claims asserted in this case and defenses thereto, as well as the settlement agreement,[2] the facts advanced at the hearing and the recommendation of the court-appointed Guardian, and finds that the settlement is fair and will be in the best interest of the minor. Plaintiff's counsel represents that the funds will be held in trust until distributed into a settlement annuity for the minor until she reaches the age of 18.

Accordingly, the undersigned respectfully recommends that the Court approve the settlement in this matter made on behalf of minor M.C. by her father and natural guardian, Gabriel Andres Calderon Nutt, and that the net settlement funds shall be disbursed to a settlement annuity for M.C. and held in such annuity until M.C. reaches the age of 18 years old.

## **OBJECTIONS**

A party shall serve and file written objections, if any, to this Report and Recommendation with K. Michael, Chief District Court Judge for the Southern District of Florida, within **(4) DAYS**[3] of being served with a copy of this Report and Recommendation.

---

[1] It bears repeating that Ms. Prias accepted this appointment on a *pro bono* basis and completed her review within a week of appointment. The undersigned is grateful to Ms. Prias' service to the Court and community.
[2] Filed under seal at ECF No. 22-1.
[3] The time for objections is being shortened because this is a joint motion.

Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191-92 (11th Cir. 2020).

**RESPECTFULLY SUBMITTED** in Chambers in Miami, Florida, on this 6th day of January, 2021.

HON. LAUREN LOUIS
UNITED STATES MAGISTRATE JUDGE

cc: Hon. K. Michael Moore
counsel of record
Nadja A. Prias (nadja@casaislaw.com)