**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:20-cv-21830-KMM

GABRIEL ANDRES CALDERON
NUTT,

    Plaintiff,
v.

ROYAL CARIBBEAN CRUISES,
LTD,

    Defendant.
_____/

**ORDER ON REPORT AND RECOMMENDATION**

THIS CAUSE came before the Court upon the Parties' Joint Sealed Motion to Approve Settlement of a Minor. ("Mot.") (ECF No. 22). The Court referred the matter to the Honorable Lauren Fleischer Louis, United States Magistrate Judge, to take all necessary and proper action as required by law. (ECF No. 23). Magistrate Judge Louis issued a Report and Recommendation ("R&R") recommending that the Parties' Motion be GRANTED. (ECF No. 30). No objections were filed and the time to do so has passed. The matter is now ripe for review.

The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

This case arises from an incident on October 12, 2019, when Plaintiff's minor child suffered injury to her forehead while under the supervision of Defendant's childcare center. *See* (ECF No. 1) ¶ 10. As set forth in the R&R, after considering the claims asserted in the case, the settlement agreement, the facts advanced at a hearing on the Motion, and the recommendation of a court-appointed Guardian Ad Litem, Magistrate Judge Louis finds that the settlement is fair and will be in the best interest of the minor. R&R at 2. This Court agrees.

Accordingly, UPON CONSIDERATION of the Motion, the R&R, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that Magistrate Judge Louis's R&R (ECF No. 30) is ADOPTED. Consistent with Magistrate Judge Louis's R&R, the Parties' Joint Sealed Motion to Approve Settlement of a Minor is (ECF No. 22) is GRANTED. The Parties are hereby directed to file a stipulation of dismissal of all claims signed by all Parties pursuant to Rule 41(a), Fed. R. Civ. P., within twenty (20) days from the date of this Order. If such papers are not filed within the time specified, this matter will be DISMISSED and the Court will be divested of jurisdiction to enforce the settlement agreement. The Clerk of the Court is instructed to administratively CLOSE this case. All pending motions, if any, are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida this  14th  day of January, 2021.

K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

c: All counsel of record